199 So.2d 926

Clevis ROMERO

v.

TRAVELERS INSURANCE COMPANY.

No. 48775.

June 20, 1967.

In re: Clevis Romero applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Iberia. 198 So.2d 191.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.